**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                            **4:96CR00233-27-WRW**

**RONNIE JOE BENSON**

## ORDER

Petitioner's Motion for Reconsideration (Doc. No. 1210) is DENIED.

IT IS SO ORDERED this 7th day of June, 2007.


                                                    /s/ Wm. R. Wilson,Jr.
                                               UNITED STATES DISTRICT JUDGE