# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| RONNIE JOE BENSON | Case Number: 4:96CR00233-27-WRW |
| | USM Number: 12405-076 |
| **Date of Previous Judgment:** October 7, 2007 | DAVID CANNON |
| (Use Date of Last Amended Judgment, if Applicable) | Defendant's Attorney |

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.

[X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **360** months is reduced to **292**.

## I. COURT DETERMINATION OF GUIDELINE RANGE

| | |
|---|---|
| Previous Offense Level (Prior to Departure /Variance/Rule 35): **38** | Amended Offense Level: **36** |
| Criminal History Category: **V** | Criminal History Category: **V** |
| Previous Guideline Range: **360** to **Life** months | Amended Guideline Range: **292** to **365** months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (Specify):

## III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated October 7, 2007 shall remain in effect.

**IT IS SO ORDERED.**

| | |
|---|---|
| 7/22/2008 | /s/ Wm. R. Wilson, Jr. |
| Date of Order | Signature of Judge |
| | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |